IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THERENCE W. CROOKS,
FDOC Inmate No. P38032,
    Plaintiff,

vs.                                                             Case No.: 3:17cv350/LAC/EMT

JULIE JONES, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a complaint under 42 U.S.C. § 1983 (ECF No. 1). On May 14, 2018, the court directed Plaintiff to file a third amended complaint (ECF No. 10). It was subsequently noted that the court's order to amend was returned as undeliverable due to the fact that Plaintiff was released from the Santa Rosa Correctional Institution and evidently provided no forwarding address (*see* ECF No. 11). Because of Plaintiff's failure to respond to the court's order, on June 18, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 12). The time for compliance with the show cause order has now elapsed and Plaintiff has not filed a third amended complaint or otherwise responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 13<u>th</u> day of August 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:17cv350/LAC/EMT